AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

LYNDON A. DEROUEN

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 2005 through the present in the District of Columbia defendant did, (Track Statutory Language of Offense)

See Attached Affidavit.

in violation of Title __18__ United States Code, Section(s) 641; 1711.

I further state that I am Jeremy T. Wiesel, Postal Inspector with the United States Postal Inspection Service, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Jeremy T. Wiesel, Postal Inspector
United States Postal Inspection Service

AUSA, Daniel P. Butler   (202) 353-9431
Sworn to before me and subscribed in my presence,

_____   at   Washington, D.C.
Date                                                    City and State

_____        _____
Name & Title of Judicial Officer          Signature of Judicial Officer