NOTICE OF APPEARANCE                                    CO-1506 (New 5/92)

CLERK'S OFFICE<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA        )
                                )
                                )
           vs.                  )     Criminal No. _06-013M_
                                )
                                )
  _LYNDON A. DEROUEN_            )
           (DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA           ☑ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_Michael L. Smith_
-----------------------------
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_Michael L. Smith  Bar # 468881_
(Attorney & Bar ID Number)

_Capitol Legal Group, LLP_
(Firm Name)

_1250 H Street, N.E._
(Street Address)

_Washington_    _DC_    _20002_
(City)        (State)      (Zip)

_(202) 399-1100 Ext. 106_
TELEPHONE